## United States Bankruptcy Court
### Northern District of New York

In re   **Claxton-Hepburn Medical Center, Inc.**

Debtor(s)

Case No.   26-60100-6

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Claxton-Hepburn Medical Center, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

2/10/2026

Date

*/s/Janice B. Grubin*

**Janice B. Grubin**
Signature of Attorney or Litigant
Counsel for   **Claxton-Hepburn Medical Center, Inc.**
**Barclay Damon LLP**
**1270 Avenue of the Americas**
**Suite 2310**
**New York, NY 10020**
**212-784-5808 Fax:212-784-5775**
**jgrubin@barclaydamon.com**